STEVEN S. ALM
United States Attorney
District of Hawaii

ELLIOT ENOKI
First Assistant U.S. Attorney

LORETTA SHEEHAN
Assistant U.S. Attorney
Room 6100, PJKK Federal Building
300 Ala Moana Blvd., Box 50183
Honolulu, Hawaii 96850
Telephone: (808) 541-2850

Attorneys for Plaintiff
UNITED STATES OF AMERICA



IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. CR01-00058 DAE |
| | ) | |
| Plaintiff, | ) | INDICTMENT |
| | ) | |
| v. | ) | [21 U.S.C. § 841(a)(1)] |
| | ) | |
| MICHAEL SWAM, | ) | |
| | ) | |
| Defendant. | ) | |

INDICTMENT

On or about January 22, 2001, in the District of Hawaii, the defendant, MICHAEL SWAM knowingly and intentionally possessed with intent to distribute a quantity of cocaine, to wit, 26 grams of cocaine.

All in violation of 21 U.S.C. § 841(a)(1) and

841(b)(1)(C).

DATED: February 22, 2001 at Honolulu, Hawaii.

A TRUE BILL

/s/
_____
Foreperson, Grand Jury

_____
STEVEN S. ALM
United States Attorney

_____
ELLIOT ENOKI
First Assistant U.S. Attorney

_____
LORETTA SHEEHAN
Assistant U.S. Attorney

USA v. Michael Swam
Indictment
Cr. No. _____