PROB 34
(1/92)

ORIGINAL

Report and Order Terminating Probation/
Supervised Release

_____

**United States District Court**

**FOR THE**

DISTRICT OF HAWAII

UNITED STATES OF AMERICA

v.

MICHAEL SWAM

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

APR 3 0 2007

at ____ o'clock and ____ min ____ M
SUE BEITIA, CLERK

Criminal No.  CR 01-00058-01

It appearing that the above named has complied with the conditions of supervised release imposed by the Order of the Court heretofore made and entered in this case and that the period of supervised release expired on 4/26/2007, I therefore recommend that the defendant be discharged from supervised release and that the proceedings in the case be terminated.

Respectfully submitted,

_____
FRANK M. CONDELLO, II
U.S. Probation Officer

**ORDER OF THE COURT**

Pursuant to the above report, it is ordered that the defendant be discharged from supervised release and that the proceedings in the case be terminated.

Dated this 26th day of April, 2007.

_____
KEVIN S.C. CHANG
U.S. Magistrate Judge